# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY R. COOPER | ) | |
| | ) | Case No. 3:10-01071 |
| Plaintiff, | ) | |
| | ) | Judge Todd J. Campbell |
| v. | ) | Magistrate Juliet E. Griffin |
| | ) | |
| PHILIP GLASSER, an individual; | ) | JURY DEMAND |
| DAVID GLASSER, an individual; | ) | |
| RICHARD GLASSER, an individual; | ) | |
| TOUR SAVANT LLC, a Tennessee | ) | |
| LLC; HI-DEF ENTERTAINMENT | ) | |
| LLC, a Tennessee LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

Comes now Plaintiff Jeffrey R. Cooper by and through its undersigned attorneys, who, hereby, provide this Notice of Filing regarding the Complaint filed by Plaintiff with this Court on November 12, 2010. In filing the Complaint, Plaintiff inadvertently neglected to provide this Court with copies of the Exhibits referenced in the Complaint. Therefore, Plaintiff now files the attached Exhibits numbered 1-12, as set forth and described in the Complaint.

Respectfully submitted,

/s/ Philip K. Lyon

Philip K. Lyon (Bar No. 013661)
Austen Adams (Bar No. 025233)
LYON & PHILLIPS, PLLC
11 Music Cir. S., Ste 202
Nashville, TN 37203
Main: (615) 259-4664
Fax: (615)259-4668
pklyon@lyonandphillips.com
aadams@lyonandphillips.com

Neville L. Johnson (CA Bar No.66329)
Erin L. Pfaff (CA Bar No. 259349)
Of Counsel
Johnson & Johnson LLP
439 No. Canon Drive, Suite 200
Beverly Hills, California 90210
Main: (310)-975-1090
Fax: (310)-975-1095
njohnson@jjllplaw.com
epfaff@jjllplaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was filed through the Electronic Filing System in accord with Rule 29 of the United States District Court Local Rules of Court for the Middle District of Tennessee on January 5, 2011, for service upon any existing attorneys of record.

/s/ Philip K. Lyon
Philip K. Lyon