# Exhibit 1 to Complaint

Entertainment Rights Management
1622 Covington Drive
Brentwood, TN 37027
615 370 0687 / 615 370 0746
progers@rightsmgmt.com


Leveraged Expansion Plan - Creation to Collection

Summary

The goal of this plan is to leverage the long term royalty income created by Paul Rogers over the last seven years in his partnership with Fintage House (a Dutch Entertainment Services Company) into an entertainment asset creation company with administration. Mr. Rogers has spent considerable time, effort and money to build a film and television royalty administration business for Fintage House. Current clients include **Spyglass Films, CBS Television, Beacon Pictures, Mutual Film, Apollo Media, EM TV, Berlusconi's Mediaset, Keystone Pictures, Gold Circle Films, Lions Gate** films and many others. In addition, Mr. Rogers has built a music publishing and artist Neighboring Rights administration business for Fintage which has clients including **Nickelback., Leanne Rimes, Cher, Duran Duran, Audioslave, Janet Jackson, REM, Shania Twain** and many others.

This Fintage income stream is steady and growing and up to now Mr. Rogers share of this stream has been limited to a small net participation. However, in return for the future ability to self cash flow his current overhead of US $144,000 (paid by Fintage now), Mr. Rogers can secure a much larger back end royalty for a longer period of time. Therefore there are 2 main goals to this expansion plan and 2 uses for the investment (or credit facility). 1) Expand the Fintage income stream by self financing overhead and 2) get into the asset creation business.

Fintage currently is an administration company serving the entertainment industry with products that serve 70% of the independent film world (including 60% of the **Oscar** nominees each year) as well as music artists. However, Fintage is not interested in creating any long term entertainment assets but wishes to remain a service company. This is where ERM's second goal is important to Mr. Rogers.

We estimate that over a five year plan we can grow ERM's income from approximately $250,000 per year to over $4,000,000 per year by leveraging the royalty income to create films and music projects which we will own.

Creative Plan

By partnering with film producer Phillip Glasser, ERM can carefully launch itself into the asset creation business with the right financial backing. The absolute beauty of this plan is that ERM can limit its liability and downside by using its current income stream and having a three fold approach to the entertainment business.

1. Royalty administration income via the Fintage deal – this income is relatively steady and growing and provides the security needed in the marketplace. The clients noted in the summary above will continue with Fintage as most have a key man clause with Mr. Rogers. See details below

2. Film Production – Mr. Glasser is has expertise and experience finding and producing projects in the 1-5 million dollar budget range which generate significant producer fees. Additionally, ERM controls the rights to Oscar winning film editor Craig McKay's (**Silence of the Lambs, Philadelphia, Manchurian Candidate**) first two projects he has written to direct. See details below

3. Music Projects – ERM owns the rights to the most unique compilation record idea since K-tel and only needs some small financing to launch with a major label partner. In addition, ERM owns masters and publishing rights and will continue to develop artists and songs for its movie projects which will continue to generate income for many years. See details below

1. Royalty Administration-

ERM will continue to be the US representative for Fintage House and market its services to the film and music industries. In return for 60 percent of Mr. Rogers' time, Fintage will pay 15% of their GROSS fees on the entire Music department. Gross earnings the last two years have averaged Euro 1.2 million. This would mean a fee for Mr. Rogers of approximately USD $215,000 annually. Fintage is in the process of a very large expansion having just signed major deals with Duran Duran, Robbie Williams, Hyde Park Entertainment, Inferno Film Distribution and is on the verge of larger deals with MGM Studios and Sony. It is anticipated that the "Fintage fees" share of the deal will go from $215,000 to over $400,000 by year five. Mr. Rogers will contribute 100% of those Fintage fees into the new LLC to help finance the creative venture. These contributions will be returnable to Mr. Rogers under specific circumstances as the new LLC becomes profitable.

Another benefit to this steady back end income is that during the Term of the new Fintage deal with ERM to represent them in North America is that Fintage will cover 100% of

Mr. Rogers travel costs on both Fintage business and ERM business. They prefer to control this aspect of their consultants so they can ensure enough travel to various markets such as MIDEM, Cannes etc. This is an immediate benefit to the new company of over $50,000 per year.

2. Film Production –

ERM will form a film production company to be run by Mr. Glasser which will develop and produce independent films. The company already has a put deal with Syndicate films (part of **Bob Yari Film Group**) who has just produced the **Bruce Willis** picture **"Hostage"** and the **Pierce Brosnan** film **"Matador"** along with the **Travolta** film **"Love Song for Bobby Long"**). Mr. Glasser with his brother David was a successful producer as partner in **Splendid films** which found or produced such films as **Steven Speilberg's "Catch me if you can"**, **"Heaven's Pond"**, **"Poolhall Junkies"** and **Ray Liotta** in **"Narc"**

Mr. Glasser has an expertise in finding projects which can be pre-sold in the foreign markets prior to a single frame being shot almost ensuring a profit on the films in the 1-3 million dollar range. His relationship with Syndicate films and their commitment to pre-selling our films will ensure an output of at least 3 films per year generating producer fees of between $150,000 to $400,000 per film per year excluding any profit share on DVD and ancillary markets.

Additionally, ERM owns the story rights to a film to star Jack Black about a college student who is kidnapped to run a third world country when he steals a term paper on the subject which is intercepted online by the rebels in that country. This project is already in pre-production. We estimate fees on this film to be over the 1 million dollar mark since the story is owned by ERM.

3. Music projects

ERM conceived and owns the rights to a very unique and profitable compilation record concept. The costs are minimal to develop and the licensing of tracks will be per unit costs to be paid by the major label partner. The concept involves a game revolving around the tracks on the records. This format can be sold and resold in every genre and territory for years. Consumers will get great tracks and the chance to win some very significant prizes. ERM lawyers have patented the concept but we need to develop the first 4 records before approaching the major label partner. If you look at the sales figures for the most recent successful music compilation records called **"NOW that's what I call music"** You will see that each unit sells over 3 million copies up to 7 million in some cases. And this is with no added consumer benefit which we are providing. We estimate the ERM royalty share on each unit to be at least $1.00. This means NET income of between $500,000 to $2,500,000 per record!

Additionally, ERM will own the music publishing in the films scores for its projects as well as develop some new artists to use on the compilation and in the films. If any one of

those artists turns out to be the next U2 we will all be happy. But despite that, these copyrights continue to be able to be licensed year after year and generate significant income. Mr. Rogers developed his son's rock band called "The Smartest Monkeys" in 2003 and those masters are still being requested and played generating money. Mr. Rogers was a songwriter and producer signed to **BMG Music and Warner Chappell Music** in 1996-1998 prior to joining Fintage and so we are able to produce viable master recordings in our home studio very, very cheaply.

Numbers –

We estimate combined overhead for the new ERM with the film company to be approximately $300,000 per year including office space and Mr. Glasser's travel and excluding specific film development costs. First year income may be limited to Fintage fees which still leaves a deficit of only $100,000. If you include compilation and film development costs in year one the cash deficit grows to approximately $250,000. This is why we are seeking an investment or credit facility of $500,000 to ensure that we can develop the assets well into year 3 to give the company the best chance to expand as planned.

At the end of the first five years when the Fintage deal may be over, we need to have developed the cash flow to replace that, which in our numbers is easily accomplished. It is likely that Fintage will want to continue its very long term relationship with Mr. Rogers (rather than face competition from him) and therefore it is likely the Fintage fees will continue and grow beyond year five. We see the split of the company being as follows:

| | |
|---|---|
| Investor1 – | 15% |
| Fintage | 7.5% |
| R. Glasser | 7.5% |
| P. Glasser | 35% |
| P. Rogers | 35% |

Investor shall have the right to cash out after 5 years with Rogers and Glasser having the right of first refusal on the purchase of Investor's shares.