Exhibit 2 to Complaint

# 1.0 Executive Summary

Paul Rogers (see resume) , the owner of Entertainment Rights Management has successfully started four multi-million dollar publishing entities since 1988. The most recent venture started in 1997 after Mr. Rogers moved to Nashville Tennessee for a successful creative career as a writer and producer. Beginning in early 1998 Mr. Rogers built in partnership with Fintage House a large Dutch entertainment company, a successful film and music royalty administration company. Fintage clients brought in by ERM include music artists Nickelback, Duran Duran, Fountains of Wayne, Rick Wakeman and film companies like CBS Television, ABC Television, Mutual Films, Spyglass Films and many others.

At this point Mr. Rogers is looking to join forces with a creative partner, Mr. Phillip Glasser (see IMDB.com for resume including working with Steven Speilberg and co-producing major films such as "NARC" and "Catch me if you Can") to leverage his long term back end royalty business with Fintage and create long term valuable entertainment assets to be owned by the new company in partnership with an investor and Mr. Glasser. This new ERM company will have the benefit of existing revenue streams from major film companies and artists who already are in contract with Fintage and of which ERM will receive a gross share of revenue. This existing benefit and the many relationships around the world of both Rogers and Glasser will be the keys to the successful launch of a new type of entertainment company. From creation through collection. ERM will create assets in film and music which will be administered by ERM/Fintage. This is a winning combination.

ERM already controls the rights to the first scripts by Oscar Award winning film editor Craig McKay ("Silence of the Lambs", "Philadelphia", "Manchurian Candidate") as well as the copyright to a brand new type of reality multi-media compilation album which can be formatted around the world ala the reality TV show Survivor. These new projects combined with the firm existing revenue streams of the Fintage ERM deal will make sure that this new company is hardly a startup.

## 1.1 Objectives

1. Increase Fintage Royalty fees by 30% by year 5

2. Launch new compilation label and sell 5 million units

3. Produce 1 film by year 3 and one additional each year thereafter

4. Create 12 new copyrights per year

5. License 10 copyrights per year by year 3 for film and tv uses

## 1.2 Mission

ERM is currently in the business of creating long term royalty cash flow from music and film for clients and maximizing growth of collections around the world. It is seeking to leverage that knowledge of royalties into a more well rounded entertainment company by developing and owning entertainment assets which can be properly administered by its current business knowledge. ERM will carefully create new music and film properties exploiting new technology for delivery and the growth in performance royalties around the world to maximize return on investment. It seeks to promote new and deserving artistic expression and produce long term value in the community.

## 2.0 Company Summary

## 2.1 Company Ownership

ERM is currently a sole proprietorship owned 100% by Paul Rogers. The new venture will be a Tennessee limited liability company LLC owned and managed by Mr. Rogers, Mr. Phillip Glasser and our investors. We expect the new company to be owned in equal percentages by Rogers and Glasser with the investor having the remainder of the company. Mr. Rogers resume is below:

### BACKGROUND SUMMARY

Extensive international entertainment industry experience principally at the management level in film and television performing rights royalty collections and music publishing. Professional creative experience writing and producing for major and independent companies in Los Angeles, Nashville and Europe.

---

### CURRENT COUNSULTANCY / BUSINESS DEVELOPMENT

Currently the US representative and co-founder of the music royalty division of Dutch entertainment financial services Fintage House. Responsibilities include marketing and European broadcast tracking systems design and upgrade, business development and international intellectual property administration training for Fintage staff. Clients include CBS TV, ABC TV, BMI, Intermedia Film, Spyglass Pictures, Beacon Pictures, Warner Chappell and many others.

### EXPERIENCE AND ACCOMPLISHMENTS

- Worked directly with music department heads of US and European TV networks to maximize performance income internationally.

- Planned and oversaw start up of 4 different multi-million dollar record/publishing entities. Created royalty and licensing systems using custom designed software, and writing custom reports for clients management needs.

- Saved clients over $1,500,000 in publishing administration and acquisition deals with pre-deal royalty projections.

- Directed audits of major European music rights societies on behalf of US Publishers and societies, resulting in the recovery of over $ 12 million in missing publisher royalties alone over 3 years.

- Accomplished all field work and calculations for breakthrough SACEM/SDRM settlement of Broadcast mechanical lawsuit.

- Maintained personal relationships with the directors of international music rights societies including SACEM, SIAE, SGAE,PRS, MCPS, GEMA and APRA which facilitated negotiations and trouble

shooting on behalf of film music.

◦    Helped establish royalty calculation system for film music which was implemented in 2 performing rights societies resulting in payment of over $ 1million in previously unallocated income.

◦    Developed managed and produced rock act which placed 2nd out of 1200 Southeastern Acts in the Billboard/Discmakers new artist competition. Featured note in Billboard Magazine summer 2003.

◦    Songwriter signed to BMG and Warner Chappell -- wrote first number 1 song for startup label Pamplin records.

◦    Wrote and toured with former Kansas singer John Elefante including solo radio performances.

◦    Produced songs used in VH1 series on rock stars high school years 2004.


## PROFESSIONAL ACHIEVEMENTS

* Guest lecturer USC degreed music program (film composer school)

* Contributed to article in international entertainment trade publication "Hollywood Reporter".

* Guest panelist 2004 Nashville Film Festival

* Expert Moderatort 2004 Billboard/Hollywood Reporter Film and TV Music conference

* Expert Panelist 2005 Film Finance Summit New York


## 2.2 Company History

ERM was founded by Paul Rogers as a consultancy in 1994 after several years as a foreign performing rights expert in Los Angeles CA. After several years in the Los Angeles Mr. Rogers relocated to Nashville and had a successful creative career writing and producing records. Since 1997 ERM has been the US representative for the Dutch Entertainment rights firm Fintage House. It has grown steadily as a sole proprietorship based primarily on it's income from Fintage House in the Netherlands. Fintage's music division was created as a start up in partnership with ERM in 1998 and has grown into a company collecting millions of dollars per year on film and music royalties around the world. ERM has a gross share of Fintage's fees which have risen from only $200,000 in the year 2000 to over $1,100,000 in 2003 and projected at over $1,300,000 for 2004. This income has primarily been generated by Mr. Rogers representation of Fintage in the USA and bringing in deals with such large companies and bands as Spyglass films, Intermedia Films, Mutual Films, CBS Television, ABC Television, Duran Duran, Rick Wakeman, Shania Twain, LeAnn Rimes, REM, Nickelback and many others. It is expected that this trend will continue sharply up as digital uses and performance fees are projected to grow substantially over the next 5 to 10 years.

In 2003 ERM developed and produced the alternative rock act The Smartest Monkeys who went on to be named as the best new rock band in the Southeastern USA out of over 1200 acts. This was a note in the Billboard magazine in July of 2003. Tracks from this act were sought out and licenced by VH1 for a new series debuting December of 2004. The band continues to make money on usages from masters and copyrights owned by ERM.

Table: Past Performance

Past Performance

| | 2002 | 2003 | 2004 |
|---|---|---|---|
| Sales | $120,000 | $132,000 | $132,000 |
| Gross Margin | $0 | $0 | $0 |
| Gross Margin % | 0.00% | 0.00% | 0.00% |
| Operating Expenses | $48,000 | $52,000 | $55,000 |
| Collection Period (Days) | 0 | 0 | 0 |
| Inventory Turnover | 0.00 | 0.00 | 0.00 |

| Balance Sheet | | | |
|---|---|---|---|
| Short-term Assets | 2002 | 2003 | 2004 |
| Cash | $1,000 | $1,000 | $1,000 |
| Accounts Receivable | $0 | $0 | $0 |
| Inventory | $0 | $0 | $0 |
| Other Short-term Assets | $0 | $0 | $0 |
| Total Short-term Assets | $1,000 | $1,000 | $1,000 |
| Long-term Assets | | | |
| Capital Assets | $0 | $0 | $0 |
| Accumulated Depreciation | $0 | $0 | $0 |
| Total Long-term Assets | $0 | $0 | $0 |
| Total Assets | $1,000 | $1,000 | $1,000 |

| Capital and Liabilities | | | |
|---|---|---|---|
| | 2002 | 2003 | 2004 |
| Accounts Payable | $0 | $0 | $0 |
| Current Borrowing | $0 | $0 | $0 |
| Other Short-term Liabilities | $0 | $0 | $0 |
| Subtotal Short-term Liabilities | $0 | $0 | $0 |
| Long-term Liabilities | $0 | $75,000 | $65,000 |
| Total Liabilities | $0 | $75,000 | $65,000 |
| Paid-in Capital | $0 | $0 | $0 |
| Retained Earnings | $1,000 | ($74,000) | ($64,000) |
| Earnings | $0 | $0 | $0 |
| Total Capital | $1,000 | ($74,000) | ($64,000) |
| Total Capital and Liabilities | $1,000 | $1,000 | $1,000 |

| Other Inputs | 2002 | 2003 | 2004 |
|---|---|---|---|
| Payment Days | 0 | 0 | 0 |
| Sales on Credit | $0 | $0 | $0 |
| Receivables Turnover | 0.00 | 0.00 | 0.00 |

## 3.0 Products and Services

ERM has four main areas of income which are outlined below. The royalty administration and music development area is historical and the compilation and film areas are new.

### Royalty Administration and Consultancy -

Utilizing its worldwide expertise and relationship with Fintage House, ERM provides marketing, sales and administration to Fintage and its clients as well as other third party publishers and composers of film music and pop music. ERM is the US representative for Fintage and as such earns a gross fee on all the income in the Fintage music division. To earn this fee, ERM markets Fintage in North America and consults with them to maximize their growth in clients. ERM is personally responsible for the foundation of Fintage and its current growth in US film and music clients. In addition to this ERM seeks to become the administrator of royalties for other US based publishing and film companies by using its expertise and worldwide reach with Fintage. We will sell copyright expertise and collection of royalties around the world.

### Artist and copyright development -

Working off its success in creating The Smartest Monkeys and Mr. Rogers experience as a writer and producer, ERM will develop talent at a street level in the Rock, Country and Rap areas to be exploited by new digital technology and to create masters and copyrights very inexpensively in their current home studio. These rights will be licensed for film, tv and advertising uses and ERM will attempt to "upload" each artist where it makes sense to a major label.

**Compilation project -**

ERM has developed a completely unique compilation album concept which has never been done, and is ripe for a multi-million unit success. It is based around the concept of online and mobile technology in conjunction with games and deep track information. Due to the explosiveness of this concept. Nothing more can be said without the execution of an NDA and non-compete. The music lawyers which vetted this project believes this is the most unique and potentially successful compilation concept since NOW thats what I call music which has sold over 40 million units in the last 5 years!

**Film development and production -**

ERM has the exclusive rights to the first scripts written by Oscar winning film editor Craig McKay who has edited such films as "Silence of the Lambs", "Philadelphia", "The Manchurian Candidate","K-PAX" and "Map of the world". Additionally Mr. Glasser who has been in the film business for 22 years as an actor and producer will develop and produce films in association with existing established film companies. ERM has in development 3 scripts with a first look deal with Bob Yari Films in Los Angeles as well as interest in a studio comedy developed by ERM. Several projects are expected to green light in 2005.


## 4.0 Market Analysis Summary

The market for administration of royalties is at a perfect junction of new technology and new business methods. ERM and Fintage have begun to capitalize on the existing major publishers sluggishness and inability to properly collect film royalties to create a new type of royalty service which is attracting major catalogs such as CBS television and major pop groups. By speeding up the payment cycle to monthly from bi-annually and by really knowing the performing rights areas internationally, Fintage with ERM as its US arm are growing very rapidly and taking a larger piece of the over $600,000,000 performing rights business worldwide. With the advent of more and more digital streaming and cell phone streaming, the market for self contained artists who need assistance in collection is expected to at least double. In pure dollars, the performance money segment should also grow by 30% or more in the next 5 years.

On the compilation record side, with record sales down 15% over the last 5 years, the NOW series has still managed to sell 40 million records! This is because people see value in a compilation of songs they like. ERM'S plan to offer them music and much much more for the same price should see its ability to be one of the most successful compilations out over the next 5 years. The market is there for great ideas.

The Film market is about to be glutted with 15- 30 million dollar projects according to our sources in the industry. By focusing on Mr. Glasser's specialty of 1 - 4 million dollar budgets and foreign pre-sales expertise, ERM projects that it can easily sell up to 3 films per year starting in year 3. The market is growing savagely for smaller productions for internet, on demand, phone and other uses besides theatrical.

## 4.1 Target Market Segment Strategy

Our choice of target markets is very strategic and synergistic. We already are the leader in foreign film and music rights collection. We want to develop entertainment assets which we can collect for ourselves not just our existing clients. By focusing the collections on the disenfranchised artists and film companies who are actively seeking a new place to go we can create a nice revenue stream to feed into the other segments. The music development segment is crowded, but our goal is to sell new artists and copyrights to end users and corporate users who will pay a fee as they go. This is the new paradigm. As we develop film projects, we will seek to create and control the music and other rights to also put through our great collection system.

From creation to collection is the concept and since we have the back end being used by major film companies and recording artists, we know that that works. Now we want to develop our own rights to feed into that machine.

## 4.2 Service Business Analysis

We are a multi-pronged entertainment company which develops and creates entertainment assets such as films, music, books etc. but also has the means to monetize those assets with proper worldwide administration and collection.

### 4.2.1 Competition and Buying Patterns

Successful and startup artists and film companies have a choice for the administration of their rights and increasingly they are choosing ERM /Fintage due to the platinum reputation and very visible differences between ERM and the other choices. Most of our existing business has come from companies or artists who were completely unsatisfied with the existing administration structures and saw that we were creating a new modern way to be paid for the use of your works. Our competition in this area is many individuals and major companies, none of which have the combination of infrastructure, technology or business model to keep their clients from moving to us. EMI, SONY, BMG and others have a huge structure, worldwide reach and large bank account, but they cannot account monthly from anywhere in the world as we do, nor can they track film and tv broadcasts as we do. Some smaller independent rights administrators are beginning to account monthly but they do not collect nor understand both music and other ancillary rights as we do. We are uniquely placed to continue to grow in administration.

There is only one competitive compilation record series out there and that is "Now thats what I call Music". This series is a cooperation by the major labels and is a force having sold over 40 million units in the last 5 years. However, the concept behind the ERM compilation has little to do with the music, though great tracks will obviously help it sell. We see no competition in licensing tracks since most labels want their masters used as many times as possible. The issue here is to be first to the market - a new Ktel records with a big twist which cannot be revealed here. Can the majors steal this idea and use it? Possibly, but just as there are a lot of reality shows, Survivor still makes a lot of money for CBS.

Film development is a very difficult business. However, having successfully made several films in the 1-3 million dollar range, Mr. Glasser is confident that there is a market for these films if made the way he intends to. Very smart, overseas filming, overseas sales. To be in profit before you shoot one frame is the way ERM plans on making money on films. Additionally the copyrights for music and film will throw off additional revenue.

# 5.0 Strategy and Implementation Summary

## 5.1 Sales Strategy

For administration we will continue to sell to the lawyers and business managers who effectively control the lives of the artists and film companies. We have successfully carved out a niche and have a name in this area and it continues to be a person to person business. We intend to travel to the markets and major cities for music and film to sell this service.

For the compilation record we will partner with a major record distributor to market and sell for us and will split the net revenue on the units or take a large royalty per unit.

For the films we will visit the markets and explore the films with major film companies in LA and around the world utilizing Mr. Glasser's professional network. We have a very commercial and strategic slate of films which we control the rights to and expect several to be produced in the first 3 years.

## 5.1.1 Sales Forecast

Elements of sales forecast

Administration - these numbers represent ERMs share of the gross Fintage fees projected based on Fintage's past performance and current deals in negotiation.

Compilations - these numbers assume 1 record release per year with the first one selling 500,000 and the next each selling at between 1 and 3 million copies. The income is derived from a net royalty of 75% of $1.35 per unit sold. If these records were a fraction as successful as the NOW series these numbers will be at least double.

Film Development - we assume a very reachable target of 1 film in year 3 with a producer fee of $250,000 and adding one film each additional year at the same producer fee.

Music publishing - assumes licensing of existing owned tracks and putting new tracks on the compilations as well as other uses.

Table: Sales Forecast (Planned)

Sales Forecast

| Sales | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| ERM Royalty Admin | $132,000 | $250,000 | $300,000 | $350,000 | $400,000 |
| Compilation records | $0 | $250,000 | $1,000,00 | $2,000,00 | $2,500,00 |
| Film Development | $0 | $0 | $250,000 | $750,000 | $1,000,00 |
| Music Publishing | $0 | $50,000 | $200,000 | $300,000 | $600,000 |
| Total Sales | $132,000 | $550,000 | $1,750,00 | $3,400,00 | $4,500,00 |

| Direct Cost of Sales | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| ERM Royalty Admin | $0 | $0 | $0 | $0 | $0 |
| Compilation records | $0 | $0 | $0 | $0 | $0 |
| Film Development | $0 | $0 | $0 | $0 | $0 |
| Music Publishing | $0 | $0 | $0 | $0 | $0 |
| Subtotal Direct Cost of Sales | $0 | $0 | $0 | $0 | $0 |



**Sales Monthly (Planned)**

Legend:
- ERM Royalty Admin
- Compilation records
- Film Development
- Music Publishing



**Sales by Year (Planned)**

Legend:
- ERM Royalty Admin
- Compilation records
- Film Development
- Music Publishing

## 6.0 Management Summary

The management team consists of the two main partners Mr. Paul Rogers and Mr. Phillip Glasser. Both will initially be supported by a full time assistant who is a degreed music business graduate from Alabama University. We believe this team of three can generate substantial production and revenue when supported by outsourced legal and accounting staff along with interns from the very popular Belmont University school of music and film business here in Nashville.

### 6.1 Personnel Plan

Our personnel plan reflects a very new millennium approach to keeping the in house staff light and strong while outsourcing as much work as possible. We generally believe the we will have 2 main persons and 1 to 2 support staff total.

**Table: Personnel (Planned)**

Personnel Plan

|  | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| Payroll | $204,000 | $228,000 | $260,000 | $275,000 | $275,000 |

## 7.0 Financial Plan

### 7.1 Important Assumptions

We assume firstly that the performance rights revenue will continue to grow substantially with the compulsory licensing schemes around the world now taking into account digital subscription and radio services along with the continued growth of cable access around the world for film and tv.

**Table: General Assumptions**

General Assumptions

|  | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| Short-term Interest Rate % | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% |
| Long-term Interest Rate % | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% |
| Tax Rate % | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% |
| Expenses in Cash % | 100.00 % | 100.00 % | 100.00 % | 100.00 % | 100.00 % |
| Personnel Burden % | 15.00% | 15.00% | 15.00% | 15.00% | 15.00% |

## 7.2 Break-even Analysis

For our break even analysis we assume running costs of approximately $30,000 per month, which includes our full payroll, rent and utilities and an estimation of other running costs and development costs for the entertainment assets. Payroll alone at our present run rate is only about $17,000.

Margins are very difficult to assume since the business has three very distinct divisions which are calculated completely differently. For the royalty administration the margin is simply the gross fees collected on a percentage basis from Fintage and other clients against the time spent to achieve those fees. For the film division it is how many films can be made for a reasonable producer fee against development expenses. Finally for the music division it is a bit clearer that we can expect to receive approximately $1.35 per unit sold on the compilations and gross licensing fees on the publishing deals.

The chart shows that we need to bring in an average per month of under $30,000 to break even. On an annual average this is $360,000 which of which we have already secured over 60% from the current Fintage deal. This means we need only to do 1 film per year or sell 150,000 records per year to break even which is well within the capability and projections.

### Table: Break-even Analysis

| Break-even Analysis: | |
| --- | --- |
| Monthly Units Break-even | 30,817 |
| Monthly Sales Break-even | $30,817 |
| | |
| Assumptions: | |
| Average Per-Unit Revenue | $1.00 |
| Average Per-Unit Variable Cost | $0.00 |
| Estimated Monthly Fixed Cost | $30,817 |



**Break-even Analysis**

Break-even point = where line intersects with 0

## 7.3 Projected Profit and Loss

Expense items are in line with prior costs for office space in the area and monthly supplies and utilities etc.

Income forecast is very accurate with respect to administration and for the other areas the numbers are pretty conservative for this area.

Project development costs are high in the first 6 months of the plan due to the urgency of the compilation record project needing to be developed prior to selling to the label. Additional costs year one are for script development and two months

of recording new artists for masters at $5000 per month.

**Table: Profit and Loss (Planned)**

Pro Forma Profit and Loss

| | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| **Sales** | $132,000 | $550,000 | $1,750,00 | $3,400,00 | $4,500,00 |
| Direct Cost of Sales | $0 | $0 | $0 | $0 | $0 |
| Other Production Expenses | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| **Total Cost of Sales** | $0 | $0 | $0 | $0 | $0 |
| Gross Margin | $132,000 | $550,000 | $1,750,00 | $3,400,00 | $4,500,00 |
| Gross Margin % | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| Operating Expenses: | | | | | |
| Project development costs | $74,000 | $100,000 | $100,000 | $125,000 | $125,000 |
| Travel | $12,000 | $15,000 | $17,500 | $20,000 | $25,000 |
| Office supply and expense | $2,400 | $3,500 | $3,500 | $4,000 | $4,000 |
| Payroll Expense | $204,000 | $228,000 | $260,000 | $275,000 | $275,000 |
| Payroll Burden | $0 | $0 | $0 | $0 | $0 |
| Depreciation | $0 | $0 | $0 | $0 | $0 |
| Leased Equipment | $0 | $0 | $0 | $0 | $0 |
| Utilities | $2,400 | $3,000 | $3,000 | $3,000 | $3,000 |
| Insurance | $6,000 | $6,500 | $6,500 | $6,500 | $6,500 |
| Rent | $12,000 | $15,000 | $15,000 | $17,500 | $17,500 |
| Legal and Accounting | $3,000 | $3,500 | $3,500 | $4,500 | $4,500 |
| | | | | | |
| **Total Operating Expenses** | $315,800 | $374,500 | $409,000 | $455,500 | $460,500 |
| Profit Before Interest and Taxes | ($183,800) | $175,500 | $1,341,00 | $2,944,50 | $4,039,50 |
| Interest Expense Short-term | $0 | $0 | $0 | $0 | $0 |
| Interest Expense Long-term | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 |
| Taxes Incurred | $0 | $50,700 | $400,350 | $881,400 | $1,209,90 |
| Extraordinary Items | $0 | $0 | $0 | $0 | $0 |
| **Net Profit** | ($190,300) | $118,300 | $934,150 | $2,056,60 | $2,823,10 |
| Net Profit/Sales | -144.17% | 21.51% | 53.38% | 60.49% | 62.74% |

## 7.4 Projected Cash Flow

This is a very simple business which is generally going to be cash based with money coming in staggered over the year. Thus the need for some cash flow and development money.

## Table: Cash Flow (Planned)

| Pro Forma Cash Flow | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| **Cash Received** | | | | | |
| Cash from Operations: | | | | | |
| Cash Sales | $132,000 | $550,000 | $1,750,000 | $3,400,000 | $4,500,000 |
| From Receivables | $0 | $0 | $0 | $0 | $0 |
| Subtotal Cash from Operations | $132,000 | $550,000 | $1,750,000 | $3,400,000 | $4,500,000 |
| | | | | | |
| **Additional Cash Received** | | | | | |
| Extraordinary Items | $0 | $0 | $0 | $0 | $0 |
| Sales Tax, VAT, HST/GST Received | $0 | $0 | $0 | $0 | $0 |
| New Current Borrowing | $0 | $0 | $0 | $0 | $0 |
| New Other Liabilities (interest-free) | $0 | $0 | $0 | $0 | $0 |
| New Long-term Liabilities | $0 | $0 | $0 | $0 | $0 |
| Sales of other Short-term Assets | $0 | $0 | $0 | $0 | $0 |
| Sales of Long-term Assets | $0 | $0 | $0 | $0 | $0 |
| New Investment Received | $0 | $0 | $0 | $0 | $0 |
| Subtotal Cash Received | $132,000 | $550,000 | $1,750,000 | $3,400,000 | $4,500,000 |

| Expenditures | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| **Expenditures from Operations:** | | | | | |
| Cash Spent on Costs and Expenses | $118,300 | $203,700 | $555,850 | $1,068,400 | $1,401,900 |
| Wages, Salaries, Payroll Taxes, etc. | $204,000 | $228,000 | $260,000 | $275,000 | $275,000 |
| Payment of Accounts Payable | $0 | $0 | $0 | $0 | $0 |
| Subtotal Spent on Operations | $322,300 | $431,700 | $815,850 | $1,343,400 | $1,676,900 |
| | | | | | |
| **Additional Cash Spent** | | | | | |
| Sales Tax, VAT, HST/GST Paid Out | $0 | $0 | $0 | $0 | $0 |
| Principal Repayment of Current Borrowing | $0 | $0 | $0 | $0 | $0 |
| Other Liabilities Principal Repayment | $0 | $0 | $0 | $0 | $0 |
| Long-term Liabilities Principal Repayment | $0 | $0 | $0 | $0 | $0 |
| Purchase Other Short-term Assets | $0 | $0 | $0 | $0 | $0 |
| Purchase Long-term Assets | $0 | $0 | $0 | $0 | $0 |
| Dividends | $0 | $0 | $0 | $0 | $0 |
| Adjustment for Assets Purchased on Credit | $0 | $0 | $0 | $0 | $0 |
| Subtotal Cash Spent | $322,300 | $431,700 | $815,850 | $1,343,400 | $1,676,900 |
| | | | | | |
| Net Cash Flow | ($190,300) | $118,300 | $934,150 | $2,056,600 | $2,823,100 |
| Cash Balance | ($189,300) | ($71,000) | $863,150 | $2,919,750 | $5,742,850 |



**Cash (Planned)**

Legend:
- Net Cash Flow
- Cash Balance

## 7.5 Projected Balance Sheet

**Table: Balance Sheet (Planned)**

Pro Forma Balance Sheet

Assets

| Short-term Assets | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| Cash | ($189,300) | ($71,000) | $863,150 | $2,919,75 | $5,742,85 |
| Other Short-term Assets | $0 | $0 | $0 | $0 | $0 |
| Total Short-term Assets | ($189,300) | ($71,000) | $863,150 | $2,919,75 | $5,742,85 |
| Long-term Assets | | | | | |
| Long-term Assets | $0 | $0 | $0 | $0 | $0 |
| Accumulated Depreciation | $0 | $0 | $0 | $0 | $0 |
| Total Long-term Assets | $0 | $0 | $0 | $0 | $0 |
| Total Assets | ($189,300) | ($71,000) | $863,150 | $2,919,75 | $5,742,85 |

Liabilities and Capital

| | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| Accounts Payable | $0 | $0 | $0 | $0 | $0 |
| Current Borrowing | $0 | $0 | $0 | $0 | $0 |
| Other Short-term Liabilities | $0 | $0 | $0 | $0 | $0 |
| Subtotal Short-term Liabilities | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| Long-term Liabilities | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 |
| Total Liabilities | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 |
| | | | | | |
| Paid-in Capital | $0 | $0 | $0 | $0 | $0 |
| Retained Earnings | ($64,000) | ($254,300) | ($136,000) | $798,150 | $2,854,75 |
| Earnings | ($190,300) | $118,300 | $934,150 | $2,056,60 | $2,823,10 |
| Total Capital | ($254,300) | ($136,000) | $798,150 | $2,854,75 | $5,677,85 |
| Total Liabilities and Capital | ($189,300) | ($71,000) | $863,150 | $2,919,75 | $5,742,85 |
| Net Worth | ($254,300) | ($136,000) | $798,150 | $2,854,75 | $5,677,85 |

## 7.6 Business Ratios

## Table: Ratios (Planned)

Ratio Analysis

| | 2005 | 2006 | 2007 | 2008 | 2009 | Industry |
|---|---|---|---|---|---|---|
| **Sales Growth** | 0.00% | 316.67% | 218.18% | 94.29% | 32.35% | 0.00% |
| | | | | | | |
| **Percent of Total Assets** | | | | | | |
| Accounts Receivable | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Inventory | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Other Short-term Assets | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Total Short-term Assets | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| Long-term Assets | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total Assets | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| | | | | | | |
| Short-term Liabilities | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Long-term Liabilities | -34.34% | -91.55% | 7.53% | 2.23% | 1.13% | 0.00% |
| Total Liabilities | -34.34% | -91.55% | 7.53% | 2.23% | 1.13% | 0.00% |
| Net Worth | 134.34% | 191.55% | 92.47% | 97.77% | 98.87% | 100.00% |
| | | | | | | |
| **Percent of Sales** | | | | | | |
| Sales | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| Gross Margin | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 0.00% |
| Selling, General & Administrative Expenses | 244.17% | 78.49% | 46.62% | 39.51% | 37.26% | 0.00% |
| Advertising Expenses | 56.06% | 18.18% | 5.71% | 3.68% | 2.78% | 0.00% |
| Profit Before Interest and Taxes | -139.24% | 31.91% | 76.63% | 86.60% | 89.77% | 0.00% |
| | | | | | | |
| **Main Ratios** | | | | | | |
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quick | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Debt to Total Assets | -34.34% | -91.55% | 7.53% | 2.23% | 1.13% | 0.00% |
| Pre-tax Return on Assets | 100.53% | -238.03% | 154.61% | 100.63% | 70.23% | 0.00% |
| Pre-tax Return on Net Worth | 74.83% | -124.26% | 167.20% | 102.92% | 71.03% | 0.00% |

| **Business Vitality Profile** | 2005 | 2006 | 2007 | 2008 | 2009 | Industry |
|---|---|---|---|---|---|---|
| Sales per Employee | $132,000 | $550,000 | $1,750,000 | $3,400,000 | $4,500,000 | $0 |
| Survival Rate | | | | | | 0.00% |

| **Additional Ratios** | 2005 | 2006 | 2007 | 2008 | 2009 | |
|---|---|---|---|---|---|---|
| Net Profit Margin | -144.17% | 21.51% | 53.38% | 60.49% | 62.74% | n.a |
| Return on Equity | 0.00% | 0.00% | 117.04% | 72.04% | 49.72% | n.a |
| | | | | | | |
| **Activity Ratios** | | | | | | |
| Accounts Receivable Turnover | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | n.a |
| Collection Days | 0 | 0 | 0 | 0 | 0 | n.a |
| Inventory Turnover | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | n.a |
| Accounts Payable Turnover | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | n.a |
| Total Asset Turnover | 0.00 | 0.00 | 2.03 | 1.16 | 0.78 | n.a |
| | | | | | | |
| **Debt Ratios** | | | | | | |
| Debt to Net Worth | 0.00 | 0.00 | 0.08 | 0.02 | 0.01 | n.a |
| Short-term Liab. to Liab. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | n.a |
| | | | | | | |
| **Liquidity Ratios** | | | | | | |
| Net Working Capital | ($189,300) | ($71,000) | $863,150 | $2,919,750 | $5,742,850 | n.a |
| Interest Coverage | -28.28 | 27.00 | 206.31 | 453.00 | 621.46 | n.a |
| | | | | | | |
| **Additional Ratios** | | | | | | |
| Assets to Sales | -1.43 | -0.13 | 0.49 | 0.86 | 1.28 | n.a |
| Current Debt/Total Assets | 0% | 0% | 0% | 0% | 0% | n.a |
| Acid Test | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | n.a |
| Sales/Net Worth | 0.00 | 0.00 | 2.19 | 1.19 | 0.79 | n.a |
| Dividend Payout | $0 | 0.00 | 0.00 | 0.00 | 0.00 | n.a |

Appendix Table: Sales Forecast (Planned)

**Sales Forecast**

| Sales | Jan | Feb | Mar | Apr | May | Jun | Jul | A |
|---|---|---|---|---|---|---|---|---|
| ERM Royalty Admin | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,0 |
| Compilation records | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Film Development | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Music Publishing | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Total Sales** | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,0 |

| Direct Cost of Sales | Jan | Feb | Mar | Apr | May | Jun | Jul | A |
|---|---|---|---|---|---|---|---|---|
| ERM Royalty Admin | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Compilation records | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Film Development | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Music Publishing | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Subtotal Direct Cost of Sales** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |

**Appendix Table:  Personnel (Planned)**

Personnel Plan

| | Jan | Feb | Mar | Apr | May | Jun | Jul | A |
|---|---|---|---|---|---|---|---|---|
| Payroll | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,0 |

**Appendix Table: General Assumptions**

General Assumptions

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | O |
|---|---|---|---|---|---|---|---|---|---|---|
| Short-term Interest Rate % | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00 |
| Long-term Interest Rate % | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00 |
| Tax Rate % | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00% | 30.00 |
| Expenses in Cash % | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00 |
| Personnel Burden % | 15.00% | 15.00% | 15.00% | 15.00% | 15.00% | 15.00% | 15.00% | 15.00% | 15.00% | 15.00 |

Appendix Table: Profit and Loss (Planned)

Pro Forma Profit and Loss

| | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|
| **Sales** | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 |
| Direct Cost of Sales | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Production Expenses | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | |
| **Total Cost of Sales** | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Gross Margin | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 |
| Gross Margin % | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| Operating Expenses: | | | | | | | |
| Project development costs | $0 | $15,000 | $15,000 | $15,000 | $15,000 | $0 | $2,500 |
| Travel | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Office supply and expense | $200 | $200 | $200 | $200 | $200 | $200 | $200 |
| Payroll Expense | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 |
| Payroll Burden | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Depreciation | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Leased Equipment | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Utilities | $200 | $200 | $200 | $200 | $200 | $200 | $200 |
| Insurance | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| Rent | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Legal and Accounting | $250 | $250 | $250 | $250 | $250 | $250 | $250 |
| | | | | | | | |
| **Total Operating Expenses** | $20,150 | $35,150 | $35,150 | $35,150 | $35,150 | $20,150 | $22,650 |
| Profit Before Interest and Taxes | ($9,150) | ($24,150) | ($24,150) | ($24,150) | ($24,150) | ($9,150) | ($11,650) |
| Interest Expense Short-term | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest Expense Long-term | $542 | $542 | $542 | $542 | $542 | $542 | $542 |
| Taxes Incurred | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Extraordinary items | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Profit** | ($9,692) | ($24,692) | ($24,692) | ($24,692) | ($24,692) | ($9,692) | ($12,192) |
| Net Profit/Sales | -88.11% | -224.47% | -224.47% | -224.47% | -224.47% | -88.11% | -110.83% |

Appendix Table: Cash Flow (Planned)

| Pro Forma Cash Flow | | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|
| **Cash Received** | | | | | | | | |
| Cash from Operations: | | | | | | | | |
| Cash Sales | | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 |
| From Receivables | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Cash from Operations | | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 |
| | | | | | | | | |
| Additional Cash Received | | | | | | | | |
| Extraordinary Items | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sales Tax, VAT, HST/GST Received | 0.00% | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Current Borrowing | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Other Liabilities (interest-free) | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Long-term Liabilities | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sales of other Short-term Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sales of Long-term Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Investment Received | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Cash Received | | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 |
| | | | | | | | | |
| **Expenditures** | | Jan | Feb | Mar | Apr | May | Jun | Jul |
| Expenditures from Operations: | | | | | | | | |
| Cash Spent on Costs and Expenses | | $3,692 | $18,692 | $18,692 | $18,692 | $18,692 | $3,692 | $6,192 |
| Wages, Salaries, Payroll Taxes, etc. | | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 | $17,000 |
| Payment of Accounts Payable | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Spent on Operations | | $20,692 | $35,692 | $35,692 | $35,692 | $35,692 | $20,692 | $23,192 |
| | | | | | | | | |
| Additional Cash Spent | | | | | | | | |
| Sales Tax, VAT, HST/GST Paid Out | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Principal Repayment of Current Borrowing | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Liabilities Principal Repayment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Long-term Liabilities Principal Repayment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Purchase Other Short-term Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Purchase Long-term Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Dividends | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Adjustment for Assets Purchased on Credit | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Cash Spent | | $20,692 | $35,692 | $35,692 | $35,692 | $35,692 | $20,692 | $23,192 |
| | | | | | | | | |
| Net Cash Flow | | ($9,692) | ($24,692) | ($24,692) | ($24,692) | ($24,692) | ($9,692) | ($12,192) |
| Cash Balance | | ($8,692) | ($33,383) | ($58,075) | ($82,767) | ($107,458 | ($117,150 | ($129,342 |

## Appendix Table: Balance Sheet (Planned)

Pro Forma Balance Sheet

**Assets**

| Short-term Assets | Starting Balances | Jan | Feb | Mar | Apr | May | Jun | Jul | A |
|---|---|---|---|---|---|---|---|---|---|
| Cash | $1,000 | ($8,692) | ($33,383) | ($58,075) | ($82,767) | ($107,458) | ($117,150) | ($129,342) | ($139,0 |
| Other Short-term Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Total Short-term Assets | $1,000 | ($8,692) | ($33,383) | ($58,075) | ($82,767) | ($107,458) | ($117,150) | ($129,342) | ($139,0 |
| Long-term Assets | | | | | | | | | |
| Long-term Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Accumulated Depreciation | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Total Long-term Assets | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Total Assets | $1,000 | ($8,692) | ($33,383) | ($58,075) | ($82,767) | ($107,458) | ($117,150) | ($129,342) | ($139,0 |

**Liabilities and Capital**

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | A |
|---|---|---|---|---|---|---|---|---|---|
| Accounts Payable | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Current Borrowing | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Other Short-term Liabilities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Subtotal Short-term Liabilities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| | | | | | | | | | |
| Long-term Liabilities | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 | $65,0 |
| Total Liabilities | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 | $65,0 |
| | | | | | | | | | |
| Paid-in Capital | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Retained Earnings | ($64,000) | ($64,000) | ($64,000) | ($64,000) | ($64,000) | ($64,000) | ($64,000) | ($64,000) | ($84,0( |
| Earnings | $0 | ($9,692) | ($34,383) | ($59,075) | ($83,767) | ($108,458) | ($118,150) | ($130,342) | ($140,0 |
| Total Capital | ($64,000) | ($73,692) | ($98,383) | ($123,075) | ($147,767) | ($172,458) | ($182,150) | ($194,342) | ($204,0 |
| Total Liabilities and Capital | $1,000 | ($8,692) | ($33,383) | ($58,075) | ($82,767) | ($107,458) | ($117,150) | ($129,342) | ($139,0 |
| Net Worth | ($64,000) | ($73,692) | ($98,383) | ($123,075) | ($147,767) | ($172,458) | ($182,150) | ($194,342) | ($204,0 |

| 1.0 | **Executive Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** |
| | 1.1 | Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| | 1.2 | Mission . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |

| 2.0 | **Company Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** |
| | 2.1 | Company Ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| | 2.2 | Company History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |

| 3.0 | **Products and Services** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** |

| 4.0 | **Market Analysis Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** |
| | 4.1 | Target Market Segment Strategy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| | 4.2 | Service Business Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| | | 4.2.1 | Competition and Buying Patterns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |

| 5.0 | **Strategy and Implementation Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** |
| | 5.1 | Sales Strategy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| | | 5.1.1 | Sales Forecast . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |

| 6.0 | **Management Summary** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** |
| | 6.1 | Personnel Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |

| 7.0 | **Financial Plan** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** |
| | 7.1 | Important Assumptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| | 7.2 | Break-even Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
| | 7.3 | Projected Profit and Loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
| | 7.4 | Projected Cash Flow . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| | 7.5 | Projected Balance Sheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| | 7.6 | Business Ratios . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |

# Entertainment Rights Mgmt.

Entertainment Rights Mgmt.
 1622 Covington Drive
Brentwood, Tennessee, 37027
Phone: 615-370-0687
Fax: 615-370-0746
Email: progers@rightsmgmt.com

## Confidentiality Agreement

The undersigned reader acknowledges that the information provided by _____ in this business plan is confidential; therefore, reader agrees not to disclose it without the express written permission of _____.

It is acknowledged by reader that information to be furnished in this business plan is in all respects confidential in nature, other than information which is in the public domain through other means and that any disclosure or use of same by reader, may cause serious harm or damage to _____.

Upon request, this document is to be immediately returned to _____.

_____
Signature

_____
Name (typed or printed)

_____
Date

This is a business plan. It does not imply an offering of securities.