IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY COOPER,<br><br>          Plaintiff,<br><br>v.<br><br>PHILLIP GLASSER, an individual;<br>DAVID GLASSER, an individual;<br>RICHARD GLASSER, an individual;<br>TOUR SAVANT LLC, a Tennessee LLC; HI-DEF ENTERTAINMENT LLC, a Tennessee LLC,<br><br>          Defendants | Civil Action No. 3:10-1071<br><br>Judge Campbell<br><br>Magistrate Judge Griffin |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jeffrey Cooper hereby voluntarily dismisses this matter without prejudice, without costs and without fees, as to all Defendants named herein.

DATED: February 15, 2011

Respectfully submitted,

JOHNSON & JOHNSON, LLP

_____
Neville L. Johnson (CA Bar No. 66329)
Attorneys for Plaintiff,
Jeffrey R. Cooper

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served, via the method(s) indicated below on the following, this the 15th day of February, 2011.

Hand
Mail
Fax
Fed. Ex
**ECF**

Stephen A. Lund
Tune, Entrekin & White, P.C.
Regions Center, Suite 1700
315 Deaderick Street
Nashville, TN 37238-1700

Hand
Mail
Fax
Fed. Ex
**ECF**

Phillip Glasser
c/o Cheyanne Kinghorn
2525 West End Ave., Suite 1475
Nashville, TN 37203

Hand
**Mail**
Fax
Fed. Ex
ECF

Tour Savant, LLC
c/o Paul Rogers
1441 New Hwy. 96, Suite 251
Franklin, TN 37064

Hand
**Mail**
Fax
Fed. Ex
ECF

David Glasser
c/o Paul Wagner
1801 Century Park East, Suite 1150
Los Angeles, CA 90067

Hand
**Mail**
Fax
Fed. Ex
ECF

Hi-Def Entertainment, LLC
c/o Paul Rogers
215 Ward Circle, Suite 200
Brentwood, TN 37027

_____
Neville L. Johnson
(CA Bar No. 66329)