IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY COOPER )
)
v. ) No. 3-10-1071
)
PHILLIP GLASSER; DAVID GLASSER; )
RICHARD GLASSER; TOUR SAVANT )
LLC; and HI-DEF ENTERTAINMENT )
LLC )

O R D E R

On February 15, 2011, the plaintiff filed a notice of dismissal (Docket Entry No. 24), no answer or motion for summary judgment having been filed by the defendants.

As a result, the motions to dismiss filed by defendants Richard Glasser and Phillip Glasser (Docket Entry Nos. 18 and 22) are rendered MOOT, and the Clerk is directed to terminate those motions as pending.

Also as a result, the initial case management conference, rescheduled by order entered February 3, 2011 (Docket Entry No. 14), to February 17, 2011, is CANCELLED.

In accord with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED without prejudice, and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge